**Robert L. BUNCH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102136**

Missouri Court of Appeals,
Eastern District,
***DIVISION THREE.***

Filed: January 12, 2016

Matthew William Huckeby, 1010 Market Street, Suite 1100, Saint Louis, Missouri 63101, for Appellant.

Chris Koster, Attorney General, Robert Jefferson Bartholomew Jr., Assistant Attorney General, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

738

## ORDER

### PER CURIAM

Robert L. Bunch appeals the denial without an evidentiary hearing of his Rule 24.035 motion for post-conviction relief. Bunch claims that his trial counsel was ineffective for leading him to believe that the court would not follow the State's sentencing recommendation of twenty-four years in prison and that he could expect leniency from the court for pleading guilty. Because the record refutes Bunch's claims, we affirm.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).